The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the states of ALASKA, IDAHO, MONTANA, NEW MEXICO, OREGON, and WASHINGTON *ex rel.* DR. CARL ROSEN,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC CATARACT AND LASER INSTITUTE, and DR. ROBERT FORD,<br><br>Defendants. | CASE NO.  C19-1018-RAJ<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER GRANTING PARTIAL UNSEAL OF RELATOR'S COMPLAINT |

    The United States of America ("United States") has filed an *Ex Parte* Application for an order partially lifting the seal in this case so that the United States may, at its discretion, (1) inform states not named as plaintiffs, or inadvertently named, ("Nonparty States") of the existence of this *qui tam* action, and (2) provide Nonparty States with a copy of the Complaint and any future amended complaints.  The Court is satisfied that a partial

[PROPOSED] ORDER GRANTING PARTIAL
UNSEAL OF RELATOR'S COMPLAINT - 1
CASE NO. C19-1018-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  lifting of the seal is consistent with the seal provisions of the False Claims Act and may

2  expedite the United States' investigation and possible resolution of this matter.

3      THEREFORE, IT IS HEREBY ORDERED that the United States' *Ex Parte*

4  Application for a Partial Lifting of Seal shall be granted, such that the United States, at its

5  discretion, may disclose the existence of this *qui tam* action and provide a copy of the

6  Complaint and any future amended complaints to Nonparty States. The Clerk shall

7  otherwise maintain the Complaint and all other filings in this action under seal for the

8  duration of the United States' investigation or until otherwise ordered by the Court.

9      DATED this 15th day of January, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING PARTIAL
UNSEAL OF RELATOR'S COMPLAINT - 2
CASE NO. C19-1018-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970