The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the states of ALASKA, IDAHO, MONTANA, NEW MEXICO, OREGON, and WASHINGTON ex rel. DR. CARL ROSEN,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC CATARACT AND LASER INSTITUTE, and DR. ROBERT FORD,<br><br>Defendants. | CASE NO. 19-CV-1018-RAJ<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER |

The United States and the States of Alaska, Idaho, Montana, New Mexico, Oregon, and Washington (collectively, the "Governmental Entities") have filed an *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, in which the Governmental Entities seek a six (6) month extension of time, from March 1, 2020 to September 1, 2020, to notify the Court whether they intend to intervene in this *qui tam* action.

1  The False Claims Act, 31 U.S.C. §§ 3729–33, and the relevant state law analogues expressly
2  contemplate such an extension of time.  *See* 31 U.S.C. § 3730(b)(3) (stating that the United
3  States "may, for good cause shown move the Court for extensions of . . . time"); Alaska Stat.
4  § 09-58-020(c); Mont. Code Ann. § 17-8-406(3); N.M. Stat. Ann. § 27-14-7(D); Wash. Rev.
5  Code § 74.66.050(3).  The Court finds that the Governmental Entities' *ex parte* Application
6  establishes good cause.
7     Accordingly, it is hereby ORDERED that the Governmental Entities shall have until
8  September 1, 2020, to notify the Court of their decision whether or not to intervene in this
9  *qui tam* action.  During this time, the Clerk shall maintain the Complaint and other filings
10  under seal, unless otherwise ordered by the Court.
11     DATED this 23rd day of March, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

_____