HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the states of ALASKA, IDAHO, MONTANA, NEW MEXICO, OREGON, and WASHINGTON ex rel. DR. CARL ROSEN,<br><br>                                 Plaintiffs,<br><br>                v.<br><br>PACIFIC CATARACT AND LASER INSTITUTE, and DR. ROBERT FORD,<br><br>                                Defendants. | Case No. 2:19-cv-1018-RAJ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States and the States of Alaska, Idaho, Montana, New Mexico, Oregon, and Washington (collectively, the "Governmental Entities") have filed an *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, in which the Governmental Entities seek a six (6) month extension of time, from September 1, 2020 to March 1, 2021, to notify the Court whether they intend to intervene in this *qui tam* action. The False Claims Act, 31 U.S.C. §§ 3729–33, and the relevant state law analogues expressly contemplate such an extension of time. *See* 31 U.S.C. § 3730(b)(3) (stating that the United States "may, for good cause shown move the Court for extensions of . . . time"); Alaska Stat. § 09-58-020(c); Mont. Code Ann. § 17-8-406(3); N.M. Stat. Ann. § 27-14-

ORDER – 1

7(D); Wash. Rev. Code § 74.66.050(3).  The Court finds that the Governmental Entities' *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the Governmental Entities shall have until March 1, 2021, to notify the Court of their decision whether to intervene in this *qui tam* action.  During this time, the Clerk shall maintain the Complaint and other filings under seal, unless otherwise ordered by the Court.

DATED this 8th day of September, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2