The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the states of ALASKA, IDAHO, MONTANA, NEW MEXICO, OREGON, and WASHINGTON *ex rel.* DR. CARL ROSEN,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PACIFIC CATARACT AND LASER INSTITUTE, and DR. ROBERT FORD,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-cv-01018-RAJ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States and the States of Alaska, Idaho, Montana, New Mexico, Oregon, and Washington (collectively, the Governmental Entities) have filed an e*x parte* Application for an Extension of Time to Consider Election to Intervene, in which the Governmental Entities seek a four (4) month extension of time, from March 1, 2023, to July 1, 2023, to notify the Court whether or not they intend to intervene in this *qui tam* action. The False Claims Act, 31 U.S.C. §§ 3729–33, and the relevant state law analogues, expressly contemplate such an extension of time. *See* 31 U.S.C. § 3730(b)(3) (stating that the United States "may, for good cause shown move the Court for extensions of . . . time"); Mont. Code Ann. § 17-8-406(3); N.M. Stat. Ann. § 27-14-7(D); Wash. Rev. Code § 74.66.050(3). The Court finds that the Governmental Entities' *ex parte* Application establishes good

ORDER - 1
CASE NO. 2:19-cv-01018-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

cause.

Accordingly, it is hereby ORDERED that the Governmental Entities shall have until July 1, 2023, to notify the Court of their decision whether or not to intervene in this *qui tam* action. During this time, the Clerk shall maintain the Complaint and other filings under seal, unless otherwise ordered by the Court.

DATED this 3rd day of March, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2
CASE NO. 2:19-cv-01018-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970