The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the states of ALASKA, IDAHO, MONTANA, NEW MEXICO, OREGON, and WASHINGTON *ex rel.* DR. CARL ROSEN,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC CATARACT AND LASER INSTITUTE, and DR. ROBERT FORD,<br><br>Defendants. | CASE NO. 2:19-cv-01018-KKE<br><br>ORDER |

The Court has received notification that the United States and the States of Alaska, Idaho, Montana, New Mexico, Oregon, and Washington (collectively, the Governmental Entities) have declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the relevant state analogues. *See* Dkt. No. 31. Accordingly, it is hereby ORDERED that:

1. The Complaint, this Order, the Governmental Entities' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the Governmental

ORDER - 1
CASE NO. 2:19-cv-01018-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Entities' Notice of Declination on Defendants;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities, as provided for in 31 U.S.C. § 3730(c)(3) and the relevant state analogues. The Governmental Entities may seek dismissal of Relator's action or claims, order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all notices of appeal upon the Governmental Entities;

5. All orders of this Court shall be sent to the Governmental Entities; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 27th day of September, 2023.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970

ORDER - 2
CASE NO. 2:19-cv-01018-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
 1 │ Fax:    206-553-4073
   │ Email: kayla.stahman@usdoj.gov
 2 │
   │
 3 │ s/ Katie Fairchild
   │ KATIE FAIRCHILD, WA #47712
 4 │ Assistant United States Attorney
   │ United States Attorney's Office
 5 │ 700 Stewart Street, Suite 5220
   │ Seattle, Washington 98101-1271
 6 │ Phone: 206-553-7970
   │ Fax:    206-553-4073
 7 │ Email: katie.fairchild@usdoj.gov
   │
 8 │
   │ s/ Diana K. Cieslak
 9 │ DIANA K. CIESLAK, DC # 1012520
   │ Attorney, Commercial Litigation Branch
10 │ P.O. Box 261, Ben Franklin Station
   │ Washington, DC 20044
11 │ Phone: 202-353-1336
   │ Email: diana.k.cieslak@usdoj.gov
12 │
   │
13 │ s/ Doug Boling
   │ DOUG BOLING, WA #47081
14 │ Assistant Attorney General
   │ Washington Office of the Attorney General
15 │ P.O. Box 40114
   │ Olympia, WA 98504
16 │ Phone: 206-389-3837
   │ Email: doug.boling@atg.wa.gov
17 │
18 │
19 │
20 │
21 │
22 │
23 │
```

ORDER - 3
CASE NO. 2:19-cv-01018-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970