**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. DR. CARL ROSEN; | CIVIL ACTION NO: 19-cv-01018 |
| STATE OF ALASKA<br>*ex rel*. DR. CARL ROSEN; | **NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |
| STATE OF IDAHO<br>*ex rel*. DR. CARL ROSEN; | |
| STATE OF MONTANA<br>*ex rel*. DR. CARL ROSEN; | |
| STATE OF NEW MEXICO<br>*ex rel*. DR. CARL ROSEN; | |
| STATE OF OREGON;<br>*ex rel*. DR. CARL ROSEN;   and | |
| STATE OF WASHINGTON<br>*ex rel*. DR. CARL ROSEN; | |
| Plaintiff, | |
| v. | |
| PACIFIC CATARACT AND LASER INSTITUTE; and | |
| DR. ROBERT FORD. | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL - 1
Case No. 19-cv-01018

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), Relator Carl Rosen, by and through his undersigned attorneys, dismisses this action without prejudice.

DATED this 28th day of September, 2023.

By: ___/s/ Andres Healy_____
Andres Healy (WA State Bar No. 45578)
Matthew R. Berry (WA State Bar No. 37364)
Jenna G. Farleigh (WA State Bar No. 47392)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: mberry@susmangodfrey.com

*Counsel for Relator*

NOTICE OF VOLUNTARY DISMISSAL - *2*
Case No. 19-cv-01018

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883