# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* CARL ROSEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC CATARACT AND LASER INSTITUTE, et al.,<br><br>    Defendants. | CASE NO. C19-1018-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter comes before the Court upon notification of Relator Carl Rosen's desire to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 33. Accordingly, this matter is DISMISSED without prejudice.

Dated this 29th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER of dismissal without prejudice - 1